# United States Court of Appeals
## For the First Circuit

No. 07-2776

UNITED STATES OF AMERICA,

Appellee,

v.

QUENTA PARKER,

Defendant, Appellant.

**ERRATA**

The opinion of this Court, issued on November 26, 2008, should be amended as follows:

On page 3, line 16, replace "Duval" with "Gould".

On page 3, line 18, replace "Duval" with "Gould".

On page 6, line 7, delete "the" in the phrase "between street and home **the** is narrowed".